## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sneed, Tenille J

Printed:  5/13/08

Case Number:  04 B 17119
Judge:  Wedoff, Eugene R
Filed:  4/30/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Completed:  May 9, 2008
Confirmed:  July 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,700.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 1,565.20 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,000.00 |
| Trustee Fee: |  | 134.80 |
| Other Funds: |  | 0.00 |
| Totals: | 2,700.00 | 2,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 1,000.00 | 1,000.00 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 472.00 | 1,505.53 |
| 3. | Joseph Wrobel Ltd | Unsecured | 18.71 | 59.67 |
| 4. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 5. | Capital One | Unsecured |  | No Claim Filed |
| 6. | SBC | Unsecured |  | No Claim Filed |
| 7. | Amoco Oil Company | Unsecured |  | No Claim Filed |
|  |  |  | $ 1,490.71 | $ 2,565.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 6.25 |
| 6.5% | 20.33 |
| 3% | 3.07 |
| 5.5% | 19.64 |
| 5% | 48.16 |
| 4.8% | 25.20 |
| 5.4% | 12.15 |
|  | $ 134.80 |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sneed, Tenille J

           Printed:  5/13/08

Case Number:  04 B 17119

Judge:  Wedoff, Eugene R

Filed:  4/30/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

